Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Creative Photographers, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Gramercy Global Entertainment, LLC, et al., <br><br> Defendants. | Case No. 2:23-cv-08379-JFW-E <br> <u>Hon. John F. Walter Presiding</u> <br><br> **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Current deadline: Nov. 29, 2023 <br> New deadline: Dec. 29, 2023 |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 7-1 and 8-3, this stipulation is entered into by and among Plaintiff Creative Photographers, Inc., and Defendants Gramercy Global Entertainment, LLC and Banijay Entertainment Holdings US, Inc. dba Banijay Studios N.A., by and through their respective counsel; |

Pursuant to Civil L.R. 7-1 and 8-3, this stipulation is entered into by and among Plaintiff Creative Photographers, Inc., and Defendants Gramercy Global Entertainment, LLC and Banijay Entertainment Holdings US, Inc. dba Banijay Studios N.A., by and through their respective counsel;

WHEREAS, on October 4, 2023, Plaintiff filed its complaint in this Action (Dkt. 1);

WHEREAS, on October 6, 2023, the complaint was served on Defendants (Dkts. 12-13);

WHEREAS, Defendants requested, and Plaintiff agreed to stipulate to, an initial extension of time for Defendants to respond to Plaintiff's complaint (Dkt. 14);

WHEREAS, on November 20, 2023, Defendants represented that they are turning this matter over to their insurance company and requested a second extension of time for Defendants to respond to Plaintiff's complaint to explore a resolution to this dispute within the next 30 days, and Plaintiff agreed to stipulate to a second extension on those grounds;

WHEREAS, based thereon, the Parties agree that good cause exists for an additional extension of time for Defendants to respond to Plaintiff's complaint and that the extension will advance judicial economy and conserve judicial and party resources;

ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND REQUEST AS FOLLOWS:

Defendants shall have until December 29, 2023 to file a response to Plaintiff's complaint.

**SO STIPULATED AND REQUESTED**.

| | | |
|---|---|---|
| Dated: December 14, 2023 | | DONIGER/BURROUGHS |
| | By: | /s/ *Benjamin F. Tookey* |
| | | Stephen M. Doniger |
| | | Benjamin F. Tookey |
| | | Attorneys for Plaintiff |

Pursuant to L.R. 5-4, the filer attests that all parties listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.