**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Creative Photographers, Inc.,<br><br>Plaintiff,<br><br>  v.<br><br>Gramercy Global Entertainment, LLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-08379-JFW-Ex<br>*Hon. John F. Walter Presiding*<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |

IT IS SO ORDERED that the deadline for Defendants Gramercy Global Entertainment, LLC and Banijay Entertainment Holdings US, Inc. dba Banijay Studios N.A. to file a response to the Complaint shall be continued until December 29, 2023.

Dated: December 15, 2023

_____
Hon. John F. Walter
United States District Judge

1